No. 02–575. NIKE, INC., ET AL. v. KASKY. Sup. Ct. Cal. Motions for leave to file briefs as *amici curiae* filed by the following

are granted: Pacific Legal Foundation et al.; Council of Public Relations Firms et al.; ExxonMobil et al.; Center for Advancement of Capitalism; Civil Justice Association of California; Thirty-Two Leading Newspapers, Magazines, Broadcasters, and Media-Related Professional Associations; Washington Legal Foundation; Chamber of Commerce of the United States; and Center for Individual Freedom. Certiorari granted. 